

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2018

No. 04-17-00707-CR

John Albert **SANTOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10728
Honorable Jefferson Moore, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on July 18, 2018. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed a third motion for an extension of time to file the brief until August 17, 2018.

Appellant's motion is GRANTED. We ORDER Appellant to file a motion to dismiss or the brief not later than August 17, 2018. Any further motion for extension of time to file Appellant's brief will be strongly disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court